IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. HUNT,

      Plaintiff,                        No. CIV S-08-0181 MCE CKD P

   vs.

M. REYES, et al.,

      Defendants.                  <u>ORDER</u>

         Plaintiff, a state prisoner proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983. He claims that defendants retaliated against him in violation of his First Amendment rights. Discovery requests were due August 31, 2011. (Dkt. No. 48.) Defendants have been granted until October 23, 2011 to respond to plaintiff's discovery requests. (Dkt. No. 52.)

         On August 17, 2011, plaintiff filed a motion for leave to file ten additional interrogatories. However, he has not filed these interrogatories pursuant to E.D. Cal. Local Rule 250.2(c), requiring interrogatories "at issue" in a proceeding to be filed with the court. Lacking any way to review the additional interrogatories plaintiff seeks to propound, the court will deny plaintiff's motion.

////

////

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's August 17, 2011 motion
2 for leave to file additional interrogatories (Dkt. No. 50) is denied.

 Dated: September 28, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
hunt0181.ord