IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL A. HUNT,** | Case No. 2:08-cv-00181-MCE-CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **M. REYES, et al.,** | |
| Defendant. | |

Defendants Fields and Rios have requested additional time to conduct discovery.

**GOOD CAUSE** appearing, Defendants are granted an extension of time, to and including November 30, 2011, to notice and conduct a deposition of Plaintiff.

Dated: October 31, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE