## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. HUNT,

        Plaintiff,                  No. 2:08-cv-0181 MCE CKD P

  vs.

D. RIOS, et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Michael A. Hunt, CDCR # C-24148, a necessary and material witness in a settlement conference in this case on November 30, 2012, is confined in California State Prison, Los Angeles County (LAC), 44750 60th Street West, Lancaster, California, 93536, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, to appear from the institution by video conference at the U. S. District Court, 501 I Street, Sacramento, California 95814, Courtroom #26 on Friday, November 30, 2012 at 9:30 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by video conference in a settlement conference at the time and place above, until completion of the settlement conference; and

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, LAC, Post Office Box 8457, Lancaster, California, 93539:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Delaney by video conference at the time and place above, until completion of the settlement conference.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: October 31, 2012

                                      _____
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

hunt0181.841