IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. HUNT,

      Plaintiff,                    No. 2:08-cv-0181 MCE CKD P

   vs.

M. REYES, et al.,

      Defendants.             ORDER

_____/

      Following a settlement conference on November 30, 2012, this action did not settle as to remaining defendant Rios. Accordingly the court will order the parties to submit pretrial statements and any motions necessary to obtain the attendance of witnesses at trial. The parties should refer to Local Rule 281 to identify the necessary contents of pretrial statements in this district. The procedures for obtaining the attendance of trial witnesses were set forth in the July 28, 2011 Discovery and Scheduling Order. (Dkt. No. 48.)

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses on or before July 1, 2013. Defendant shall file his pretrial statement on or before July 15, 2013. The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

1

2. This matter is set for jury trial before the Honorable Morrison C. England, Jr. on January 27, 2014 at 9:00 a.m. in Courtroom 7.

Dated: January 2, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
hunt0181.pts