IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. HUNT,

      Plaintiff,                    No. 2:08-cv-0181 MCE CKD P

     vs.

M. REYES, et al.,

      Defendants.           <u>ORDER</u>

            On April 4, 2013, plaintiff requested a court order directing defendant to return certain documents that plaintiff submitted in preparation for a settlement conference. (ECF No. 98.) On May 20, 2013, defendant filed a response stating that counsel for defendant had conducted a diligent search but was unable to locate the documents, and that if they were found in the future, counsel would return them to plaintiff. (ECF No. 100.) The court will order no further relief.

////

////

////

////

////

Case 2:08-cv-00181-MCE-CKD   Document 107   Filed 05/30/13   Page 2 of 2

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for order for
2   return of settlement documents (ECF No. 98) is denied.
3   Dated: May 29, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / hunt0181.ord4