UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. HUNT,<br><br>        Plaintiff,<br><br>    v.<br><br>M. REYES, et al.,<br><br>        Defendants. | No. 2:08-cv-0181 MCE CKD P<br><br><u>ORDER APPOINTING COUNSEL</u> |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983 following a remand from the Ninth Circuit Court of Appeals. Matthew Kreeger and Rachel Dolphin, of Morrison & Foerster LLP, represented plaintiff as pro bono appellate counsel and have agreed to be appointed for further proceedings in this court. Therefore, the court finds continued representation by pro bono counsel warranted for plaintiff in the above entitled matter.

      Accordingly, IT IS HEREBY ORDERED that:

1. Matthew Kreeger and Rachel Dolphin, of Morrison & Foerster LLP, are appointed as counsel in the above entitled matter. They have prepared and sent an engagement letter regarding the provision of services, and their appointment as counsel shall be contingent on plaintiff executing the engagement letter and returning it to appointed counsel. Appointed counsel shall file a written notice with the court upon plaintiff's satisfactory

1

execution and return of an engagement letter to them.

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon Matthew Kreeger and Rachel Dolphin, Morrison & Foerster LLP, 425 Market St., San Francisco, CA 94105.

Dated: May 31, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hunt0181.31b