1  MATTHEW I. KREEGER (CA SBN 153793)
   MKreeger@mofo.com
2  RACHEL S. DOLPHIN (CA SBN 305477)
   RDolphin@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Fax: 415.268.7522

6  Attorneys for Plaintiff
   MICHAEL A. HUNT

   KELLI M. HAMMOND
   Attorney General of the
   State of California
   Department of Justice
   1300 I Street, Suite 1101
   Sacramento, CA 95814
   Telephone: 916.322.4638
   Facsimile: 916.324.5205

   Attorneys for Defendants
   M. REYES, ET AL.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. HUNT, | Case No. 2:08-cv-00181 MCE CKD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT** |
| M. REYES, et al., | |
| Defendants. | |

Pursuant to Local Rules 143 and 144 and Federal Rule of Civil Procedure 6, the parties hereby stipulate, subject to the Court's approval, as follows:

WHEREAS, counsel for Plaintiff was appointed by the Court on May 31, 2017 and submitted its Notice of Engagement on June 13, 2017;

WHEREAS, on June 23, 2017 the Court ordered the parties to meet and confer regarding a joint status report to be due on July 14, 2017;

WHEREAS, due to scheduling constraints, counsel for Plaintiff is unable to meet with Plaintiff until July 14, 2017;

WHEREAS, counsel for the parties have met and conferred and agreed that an extension of time is necessary to properly meet and confer prior to drafting and filing a Joint Status Report;

WHEREAS, counsel for the parties have agreed upon a 14-day extension of time, through July 28, 2017, for the parties to file a Joint Status Report;

WHEREAS, the agreed-upon extension is not for the purpose of delay, does not hinder judicial efficiency, and will not cause prejudice to either party;

WHEREAS, no previous extension of this deadline has been sought;

NOW THEREFORE,

Without prejudice to any parties' right to seek interim relief, the parties shall have a 14day extension of time, through July 28, 2017, to file a Joint Status Report.

Dated: July 7, 2017

MORRISON & FOERSTER LLP

By: /s/ *Matthew I. Kreeger*
      Matthew I. Kreeger

MATTHEW I. KREEGER
RACHEL S. DOLPHIN
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482

Attorneys for Plaintiff
MICHAEL A. HUNT

DEPUTY ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

By: /s/ *Kelli M. Hammond*
      Kelli M. Hammond

KELLI M. HAMMOND
Attorney General of the State of California
Department of Justice
1300 I Street, Suite 1101
Sacramento, CA 95814

Attorneys for Defendants
M. REYES, ET AL.

IT IS SO ORDERED.

Dated: July 12, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE