| | |
|---|---|
| MATTHEW I. KREEGER (CA SBN 153793)<br>MKreeger@mofo.com<br>RACHEL S. DOLPHIN (CA SBN 305477)<br>RDolphin@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Fax: 415.268.7522<br><br>Attorneys for Plaintiff<br>MICHAEL A. HUNT | KELLI M. HAMMOND<br>Attorney General of the State of California<br>Department of Justice<br>1300 I Street, Suite 1101<br>Sacramento, CA 95814<br>Telephone: 916.322.4638<br>Facsimile: 916.324.5205<br><br>Attorneys for Defendants<br>M. REYES, ET AL. |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. HUNT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. REYES, et al.,<br><br>　　　　Defendants. | Case No. 2:08-cv-00181 MCE CKD<br><br>**STIPULATION AND ORDER TO REOPEN DISCOVERY** |

Pursuant to Local Rule 143 and Fed. R. Civ. P. Rule 29, the parties hereby stipulate, subject to the Court's approval, as follows:

WHEREAS, counsel for Plaintiff was appointed by the Court on May 31, 2017, and in the prior district court proceedings Plaintiff proceeded *pro se*;

WHEREAS, on July 28, 2017, the parties submitted a joint status report indicating that the parties agreed to reopen discovery for the opportunity for Plaintiff to take up to three additional depositions;

WHEREAS, on July 31, 2017, the parties received an email from Judge England's courtroom deputy Stephanie Deutsch asking the parties to file a stipulation and proposed order to reopen discovery;

///

///

NOW THEREFORE,

Without prejudice to any parties' right to seek interim relief, discovery shall be reopened for the purpose of Plaintiff taking up to three additional depositions.

Dated: August 2, 2017

MORRISON & FOERSTER LLP

By: /s/ *Matthew I. Kreeger*
      Matthew I. Kreeger

MATTHEW I. KREEGER
RACHEL S. DOLPHIN
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
MICHAEL A. HUNT

DEPUTY ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

By: /s/ *Kelli M. Hammond*
      Kelli M. Hammond

KELLI M. HAMMOND
Attorney General of the State of California
Department of Justice
1300 I Street, Suite 1101
Sacramento, CA 95814
Telephone: 916.322.4638
Facsimile: 916.324.5205

Attorneys for Defendants
M. REYES, ET AL.

## ORDER

Pursuant to the stipulation of the parties and good cause having been shown, discovery is hereby reopened to permit Plaintiff to take up to three (3) additional depositions. Discovery shall remain open until the earlier of the completion of those depositions or sixty (60) days from the date this Order is electronically filed.

Within thirty (30) days following the close of discovery, the parties are directed to file a Joint Notice of Trial Readiness. The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial. The parties' Notice of Trial Readiness Statement shall also estimate how many court days each party will require to present its case, including opening statements and closing arguments. Plaintiff's estimate shall also include the time necessary for jury selection, and Defendant's estimate shall include the time necessary to finalize jury instructions and instruct the jury.

This Court is in session for jury selection, opening statements, presentation of evidence, closing arguments, finalizing proposed jury instructions and verdict forms, and instruction of the jury Monday through Wednesday, only. During trial days, the Court adheres to the following schedule:

Trial: 9:00—10:30 A.M.

Break: 10:30—10:50 A.M.

Trial: 10:50—12:00 P.M.

Lunch: 12:00—1:30 P.M.

Trial: 1:30—3:00 P.M.

Break: 3:00—3:20 P.M.

Trial: 3:20—4:30 P.M.

Jury deliberations only are Monday through Friday if necessary.

///

///

After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth dates for a final pretrial conference and trial.

IT IS SO ORDERED.

Dated: August 8, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE