| | |
|---|---|
| MATTHEW I. KREEGER (CA SBN 153793)<br>MKreeger@mofo.com<br>RACHEL S. DOLPHIN (CA SBN 305477)<br>RDolphin@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Fax: 415.268.7522<br><br>Attorneys for Plaintiff<br>MICHAEL A. HUNT | KELLI M. HAMMOND<br>Attorney General of the State of California<br>Department of Justice<br>1300 I Street, Suite 1101<br>Sacramento, CA 95814<br>Telephone: 916.322.4638<br>Facsimile: 916.324.5205<br><br>Attorneys for Defendants<br>M. REYES, ET AL. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. HUNT,<br><br>          Plaintiff,<br><br>    v.<br><br>M. REYES, et al.,<br><br>          Defendants. | Case No. 2:08-cv-00181 MCE CKD<br><br>**STIPULATION AND ORDER TO EXTEND THE DISCOVERY DEADLINE** |

Pursuant to Local Rule 143 and Fed. R. Civ. P. Rule 29, the parties hereby stipulate, subject to the Court's approval, as follows:

WHEREAS, counsel for Plaintiff was appointed by the Court on May 31, 2017, and in the prior district court proceedings Plaintiff proceeded *pro se*;

WHEREAS, on July 28, 2017, the parties submitted a joint status report indicating that the parties agreed to reopen discovery for the opportunity for Plaintiff to take up to three additional depositions;

WHEREAS, on August 9, 2017, this Court granted the parties' stipulation and proposed order to reopen discovery, ordering that "Discovery shall remain open until the earlier of the completion of those depositions or sixty (60) days from the date this Order is electronically filed.";

WHEREAS, the parties have been unable to track down the whereabouts of two of the three people whom Plaintiff would like to depose, and are actively looking for such whereabouts;

WHEREAS, the parties have begun settlement discussions and have a settlement conference set for December 7, 2017;

NOW THEREFORE,

Without prejudice to any parties' right to seek interim relief, discovery shall be extended for four additional months until February 9, 2018 for the purpose of Plaintiff taking up to three additional depositions and to allow time for settlement discussions.

IT IS SO ORDERED.

Dated: September 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE