| | |
|---|---|
| MATTHEW I. KREEGER (CA SBN 153793)<br>MKreeger@mofo.com<br>RACHEL S. DOLPHIN (CA SBN 305477)<br>RDolphin@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Fax: 415.268.7522 | KELLI M. HAMMOND<br>Attorney General of the State of California<br>Department of Justice<br>1300 I Street, Suite 1101<br>Sacramento, CA 95814<br>Telephone: 916.322.4638<br>Facsimile: 916.324.5205<br><br>Attorneys for Defendants<br>M. REYES, ET AL. |

Attorneys for Plaintiff
MICHAEL A. HUNT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. HUNT,<br><br>          Plaintiff,<br><br>    v.<br><br>M. REYES, et al.,<br><br>          Defendants. | Case No. 2:08-cv-00181 MCE CKD<br><br>**STIPULATION AND ORDER TO VACATE THE SETTLEMENT CONFERENCE AND WRIT OF HABEAS CORPUS** |

Pursuant to Local Rule 143, the parties hereby stipulate, subject to the Court's approval, as follows:

The parties have reached a tentative settlement in this case. They are currently finalizing the language of the agreement and stipulation to dismiss the case. Given the pendency of settlement, the parties hereby request that the Court vacate the settlement conference scheduled for December 7 and the writ of habeas corpus ad testificandum (ECF No. 211).

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: December 5, 2017 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ *Matthew I. Kreeger* |
| | | Matthew I. Kreeger |
| 4 | | MATTHEW I. KREEGER |
| 5 | | RACHEL S. DOLPHIN |
| | | Morrison & Foerster LLP |
| 6 | | 425 Market Street |
| | | San Francisco, California 94105-2482 |
| 7 | | Telephone: 415.268.7000 |
| | | Facsimile: 415.268.7522 |
| 8 | | Attorneys for Plaintiff |
| | | MICHAEL A. HUNT |
| 9 | | |
| 10 | | DEPUTY ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA |
| 11 | | |
| 12 | | By: /s/ *Kelli M. Hammond* |
| | | Kelli M. Hammond |
| 13 | | KELLI M. HAMMOND |
| 14 | | Attorney General of the State of California |
| | | Department of Justice |
| 15 | | 1300 I Street, Suite 1101 |
| | | Sacramento, CA 95814 |
| 16 | | Telephone: 916.322.4638 |
| | | Facsimile: 916.324.5205 |
| 17 | | Attorneys for Defendants |
| 18 | | M. REYES, ET AL. |

ORDER

Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered that:

1. The settlement conference scheduled for December 7, 2017, is VACATED;
2. The writ of habeas corpus ad testificandum issued on September 26, 2017 (ECF No. 211) is VACATED.
3. Dispositional documents shall be filed not later than March 5, 2018.

IT IS SO ORDERED.

DATE: December 5, 2017

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE