| | |
|---|---|
| MATTHEW I. KREEGER (CA SBN 153793)<br>MKreeger@mofo.com<br>RACHEL S. DOLPHIN (CA SBN 305477)<br>RDolphin@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Fax: 415.268.7522 | KELLI M. HAMMOND<br>Attorney General of the State of California<br>Department of Justice<br>1300 I Street, Suite 1101<br>Sacramento, CA 95814<br>Telephone: 916.322.4638<br>Facsimile: 916.324.5205<br><br>Attorneys for Defendants<br>M. REYES, ET AL. |

Attorneys for Plaintiff
MICHAEL A. HUNT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. HUNT,<br><br>        Plaintiff,<br><br>    v.<br><br>M. REYES, et al.,<br><br>        Defendants. | Case No. 2:08-cv-00181 MCE CKD<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

Pursuant to Local Rule 143, the parties hereby stipulate, subject to the Court's approval, as follows:

The parties have reached a settlement in this case and have agreed upon the language for the settlement agreement. However, Defendants have not yet been able to sign the Agreement.

The parties recognize that the Court ordered that dispositional documents be filed by March 5, 2018, and hereby jointly seek an extension of two months to do so.

NOW THEREFORE,

The order requiring the parties to file dispositional documents by March 5, 2018 is vacated; and

Dispositional documents shall be filed not later than May 5, 2018.

**IT IS SO ORDERED.**

**Dated: March 17, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | Dated: February 28, 2018 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ *Matthew I. Kreeger*<br>Matthew I. Kreeger |
| 4 | | MATTHEW I. KREEGER<br>RACHEL S. DOLPHIN |
| 5 | | Morrison & Foerster LLP<br>425 Market Street |
| 6 | | San Francisco, California 94105-2482<br>Telephone: 415.268.7000 |
| 7 | | Facsimile: 415.268.7522 |
| 8 | | Attorneys for Plaintiff<br>MICHAEL A. HUNT |
| 9 | | |
| 10 | | DEPUTY ATTORNEY GENERAL FOR THE<br>STATE OF CALIFORNIA |
| 11 | | |
| 12 | | By: /s/ *Kelli M. Hammond*<br>Kelli M. Hammond |
| 13 | | |
| 14 | | KELLI M. HAMMOND<br>Attorney General of the State of California |
| 15 | | Department of Justice<br>1300 I Street, Suite 1101 |
| 16 | | Sacramento, CA 95814<br>Telephone: 916.322.4638 |
| 17 | | Facsimile: 916.324.5205 |
| 18 | | Attorneys for Defendants<br>M. REYES, ET AL. |

# ATTESTATION

I, Matthew Kreeger, am the ECF User whose ID and password are being used to file this Stipulation. I hereby attest that Kelli Hammond has concurred in this filing.

Dated: February 28 , 2018

MORRISON & FOERSTER LLP

By: /s/ *Matthew I. Kreeger*
Matthew I. Kreeger

MATTHEW I. KREEGER
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
MICHAEL A. HUNT